UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN WILSON<br>Plaintiff | :     CASE NO: 301CV01423AWT |
| VS. | : |
| CITY OF WATERBURY<br>POLICE DEPARTMENT<br>Defendant | :<br>:     DECEMBER 6, 2005 |

**WITHDRAWAL**

The Plaintiff, Kathleen Wilson, hereby withdraws her action as to all defendants.

THE PLAINTIFF,

By _____
Mary Piscatelli Brigham
Federal Bar No. ct02371
80 Phoenix Avenue Suite 203
Waterbury, CT 06702
203 574-2404

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed postage prepaid this 5th day of December, 2005 to Nicole D. Dorman, Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119

_____
Mary Piscatelli Brigham