UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| KATHLEEN WILSON<br>Plaintiff | : CASE NO: 301CV01423AWT<br>:<br>: |
| VS. | :<br>: |
| CITY OF WATERBURY<br>POLICE DEPARTMENT<br>Defendant | :<br>:<br>: DECEMBER 6, 2005 |

## WITHDRAWAL

The Plaintiff, Kathleen Wilson, hereby withdraws her action as to all defendants.

THE PLAINTIFF,

By_____
Mary Piscatelli Brigham
Federal Bar No. ct02371
80 Phoenix Avenue Suite 203
Waterbury, CT 06702
203 574-2404

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid this 5th day of December, 2005 to Nicole D. Dorman, Sack, Spector & Karsten, 836 Farmington Avenue, West Hartford, CT 06119

_____
Mary Piscatelli Brigham

**APPROVED and SO ORDERED.**

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT   12/8/05